# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2805

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Gerardo Vasquez-Rodriguez, also | * | of Minnesota. |
| known as Raul Gonzales Munoz, | * | |
| also known as Jose R. Gerero, also | * | [UNPUBLISHED] |
| known as Raul Acosta-Munoz, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  April 6, 2001

Filed:  April 12, 2001

_____

Before LOKEN, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gerardo Vasquez-Rodriguez, a Mexican citizen, appeals the sentence of 66 months imprisonment and 3 years supervised release imposed on him by the district court[1] after he pleaded guilty to illegal reentry following deportation, in violation of

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

8 U.S.C. § 1326(b)(2). On appeal, counsel moved to withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), filing a brief in which she argued that the court erred by not granting a more substantial downward departure.

We conclude Mr. Vasquez-Rodriguez's sentence is unreviewable. <u>See</u> <u>United States v. Arps</u>, 197 F.3d 1202, 1203 (8th Cir. 1999) (per curiam) (challenge to extent of downward departure is unreviewable); <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge that punishment on appeal); <u>United States v. Dutcher</u>, 8 F.3d 11, 12 (8th Cir. 1993) (extent of downward departure is unreviewable, regardless of court's reasons for refraining from departing further).

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

-2-